HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
JEREMY EUGENE LYND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:05-CR-00014 AWI-BAM |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| vs. | Date: February 10, 2016 |
| JEREMY EUGENE LYND, | Time: 1:30 p.m. |
| *Defendant.* | Judge: Hon. Honorable Erica P. Grosjean |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Dawrence W. Rice, Jr., Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Jeremy Eugene Lynd, that the status conference hearing set for February 8, 2016 at 1:30 p.m. before Magistrate Judge Grosjean, **may be rescheduled to February 10, 2016 at 1:30 p.m.**.

This continuance is to permit counsel to meet with client. Mr. Lynd was moved to Lerdo.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  January 27, 2016         BENJAMIN B. WAGNER
                                 United States Attorney


                                  /s/ Dawrence W. Rice
                                 DAWRENCE W. RICE
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


Dated:  January 27, 2016

                                 HEATHER E. WILLIAMS
                                 Federal Defender


                                 /s/ Ann H. McGlenon
                                 ANN H. MCGLENON
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JEREMY EUGENE LYND


**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

   Dated:  **January 28, 2016**              /s/ Errie P. Grosj
                                        UNITED STATES MAGISTRATE JUDGE