1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ANN H. MCGLENON, #100433
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: 559.487.5561/Fax: 559-487-5950
   ann.mcglenon@fd.org
5
   Attorney for Defendant
6  JEREMY EUGENE LYND

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )  Case No.  1:05-CR-00014 AWI-BAM
                                      )
12              *Plaintiff,*          )  STIPULATION TO CONTINUE STATUS
                                      )  CONFERENCE HEARING;  ORDER
13  vs.                               )
                                      )  Date:  March 14, 2016
14  JEREMY EUGENE LYND,               )  Time: 1:30 p.m.
                                      )  Judge: Hon. Barbara A. McAuliffe
15              *Defendant.*          )
                                      )
16  _____    )

17

18         **IT IS HEREBY STIPULATED** by and between the parties through their respective

19  counsel, Assistant United States Attorney Dawrence W Rice, Jr., Counsel for Plaintiff, and

20  Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Jeremy Lynd, that the

21  status conference hearing set for Thursday, March 10, 2016 at 1:30 p.m. before Magistrate

22  Oberto, **may be rescheduled to March 14, 2016 at 1:30 p.m.**

23         The reason for this request is because Mr. Lynd is currently at the Lerdo Facility in

24  Bakersfield and inmates are only transported to Fresno on Mondays and Wednesday.   Further,

25  Judge Oberto has a conflict based on the fact that she was an AUSA at the time of Lynd's

26  original charges.

27  ///

28

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  March 3, 2016               BENJAMIN B. WAGNER
                                    United States Attorney


                                     */s/  Dawrence W. Rice., Jr.*
                                    DAWRENCE W. RICE., JR.
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

Dated:  March 3, 2016               HEATHER E. WILLIAMS
                                    Federal Defender


                                    */s/ Ann H. McGlenon*
                                    ANN H. MCGLENON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JEREMY EUGENE LYND

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause.   The 2nd Status Conference re Violation of Supervision is continued from March 10, 2016 at 1:30 PM before Judge Oberto to March 14, 2016 at 1:30 PM before Judge McAuliffe.  To the extent necessary, the Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  **March 3, 2016**           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE