IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>                  v.<br><br>JEREMY EUGENE LYND,<br><br>                     Defendant. | CASE NO. 1:05-CR-00014 AWI-BAM<br><br>ORDER DISMISSING VIOLATION OF SUPERVISED RELEASE PETITION. |

Pursuant to Federal Rules of Criminal Procedure, Rule 48(a), the government has moved to dismiss the Superseding Petition for Violation of Supervised Release filed against defendant, Jeremy Eugene Lynd, on January 22, 2016, in Case Number 1:05-CR-00014 AWI-BAM. The defendant has now been charged in state court with the counts of robbery listed as new law violations in the Superseding Petition, and is facing a life sentence in state court. On the Superseding Petition, the defendant is only facing a statutory maximum of three years imprisonment. Accordingly, dismissal of the Superseding Petition is appropriate at this time in the interest of justice, so that the defendant may be transported to state court and prosecuted on the state charges.

IT IS ORDERED that the Superseding Petition for Violation of Supervised Release in 1:05-CR-00014 AWI-BAM filed against defendant Jeremy Eugene Lynd is dismissed in the interest of justice.

IT IS SO ORDERED.

Dated:  March 8, 2016                                        _____
                                                                                   SENIOR DISTRICT JUDGE